Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED - GR

June 25, 2026 1:36 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: HR /6.26

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan

## Southern Division

|  |  |  |
|---|---|---|
| Derrek D. Atkinson | ) | Case No. _____ |
| Plaintiff(s) | ) | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) ) | Jury Trial: *(check one)* ☑Yes ☐No |
| -v- | ) ) ) | |
| Justin McCarthy Public Defender Office | ) ) ) | **1:26-cv-1935** <br> **Paul L. Maloney** <br> **United States District Judge** |
| Defendant(s) | ) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) | |

## COMPLAINT FOR A CIVIL CASE

I.   **The Parties to This Complaint**

A.   **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Derrek Darnell Atkinson |
| Street Address | 703 Ball ave n.E |
| City and County | Grand Rapids, Kent County |
| State and Zip Code | Michigan 49503 |
| Telephone Number | 616-290-2802 Message Phone |
| E-mail Address | |

B.   **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                                Kent County Public Defenders office

Job or Title *(if known)*

Street Address

City and County                     Grand Rapids, Kent

State and Zip Code                  Michigan    49503

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name                                Justin McCarthy

Job or Title *(if known)*           Public Defender

Street Address

City and County                     Grand Rapids, Kent

State and Zip Code                  Michigan   49503

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Right to Counsel, Reckless disregard for the truth, attorney misconduct, Collusion Breach of oath of attorney, Prejudice Ineffective counsel

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.      If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Today June 16 2026 my attorney came to see me with video that has been totally tampered with. I have had my suspicio about his commitment from the beginning. I being in a very Fragile state of mind.        See attached sheet

## IV.    Relief — See attached sheet

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. In This case, the court is seeking to sentence me to 9 yrs. for claims i did not do. And the prosecution as well as my lawyer especially, Knows the claims are false. The officer drawing his weapon on me as I stood before him in surrender, prompted me to run for that he intent to shoot me. Only to run and hide

Page 4 of 5

Drafted
6/16/26

(Pg 2) Statement of Claim

Continued    because of the charges i was being charged with, gave in to his aggressive insistance to waive my prelims. While at my prelims I asked him to get together any and all video and audio to review. I had two status conferences, and thats the only time i saw him until I wrote the Judge a letter of complaint about ineffective counsel. The Judge sent the letter to my lawyer and that is the only thing that prompted his visit. My letter to the Judge was on March 12 2026. I was arrest on December 21, 2025. A week and a half later, he finally came to see me. At that visit, I was finally able give him my side of the story. I asked him about the video and audio, he told me he had not gotten it yet, I told him specifically what I want to see and why. This i told him in three letters before he came and while he was sitting before me. At that meeting he told me that he and the Judge were well acquaint-ed and while discussing my case, the Judge settled on 9 yrs for my sentence if i admit to those things that i did not do. All this before i even knew what the evidence was, they had. So all this time he has been in-sisting that i take the deal, he shows up with one video 6/16/2026. This video has the same make and model car, but the area is different the girl is different, cloths are different the area is different. And while showing

over

me this video that i am furiously insist-
ing is not the video from that night, he
tells me i don't know what i'm talking about.
It's been 6 ½ months of waiting, why so
long? and then he shows up with a video
that has a reinacted clip, cut into the
footage. The apartments are wrong, the route
we traveled is wrong, where she stop is
wrong. I know this for a fact, its all i have
relived daily. That night is clear as some-
one standing before me, at this moment.
Wouldn't you agree that no matter your state
an adrenal charge can sharpen the mind.
Instead of considering, he flat out condemn-
ed my charges. Already knowing that the pu-
blic defenders office and prosecutors of-
fice are joined now, and what office takes
president over the other makes the cor-
ruption in law very evident. The perjured
statement of the witness, that her father
transcribed was not hers, but his own
that he altered. Not at all verbatim.
The police report is one big perjured
statement from all who submitted, all in-
fluenced by the fathers written statement
The witness gave an oral statement of
which i asked my lawyer to retrieve. If
he has any evidence, he has it all, all
that i asked for. He it seem is refus-
ing to present it. In this act, the pre-

Pg 3

vailing of Justice and/or the Constitutional rights to and for, any and all american citizens holds no power nor presidense.
So, before Mr. McCarthy left today 6/16/2026 he said that he would return tomorrow with all the video i've (been) requesting for 6 1/2 months, But seeing the video he presented today, dissolves my curiosity as to why it took so long. But my mind recalls that night as if it were yesterday. I lived in the area, i gave blood at the blood bank on the very same road. That's how i know the video was not original. I traveled that route, three times a week. The same route the girl took that night. I'm very familiar with the area. My Lawyer today 6/17/2026 came with another reenacted video of i think another girl that didn't recall her address nor date of birth. She said June 13 2008. In the police report it is recorded as June 16. And i still haven't seen any footage or heard any audio of and from the actual witness. Everything seems to be heresay good or bad.

Sincerely ___Derrek D. Atkins___

(Pg 2) Relief

I have been lockup for 6 months Stressed depressed and in Contemplation of ending it all off and on after learning my potential sentence. It's not right that he's playing God with life (They) are play God with life. I claim damages of $250,000. Because their is no way he could not have known about the video.

Sincerely Derrek D. _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

V.     **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.     **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     6/16/2026

Signature of Plaintiff     _____

Printed Name of Plaintiff     Derrek D. Atkinson

B.     **For Attorneys**

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Street Address     _____

State and Zip Code     _____

Telephone Number     _____

E-mail Address     _____

Page 5 of 5

**NAME:** Derrek D. Atkinson
**KENT COUNTY CORRECTIONAL FACILITY**
**703 BALL AVENUE N.E.**
**GRAND RAPIDS, MI 49503**

GRAND RAPIDS MI 493

23 JUN 2026 PM 4 L



★ USA ★ FOREVER ★

The United States District Court
Office of the Clerk
399 Federal Building
110 Michigan St. N.W
Grand Rapids Mich

Legal Mail       49503-236399       49503