UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERREK D. ATKINSON,

Plaintiff,

v.

JUSTIN MCCARTHY AND KENT COUNTY PUBLIC DEFENDERS OFFICE,

Defendants.

Case No. 1:26-cv-1935

HONORABLE PAUL L. MALONEY

**JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that that Judgment is entered.

Dated: August 28, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge